UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH LEE MARTIN, JR.,

    Plaintiff,

v.                                        Case No. 3:25cv600-LC-HTC

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 24, 2025 (ECF No. 11), recommending that this case be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

    2.    All pending motions are TERMINATED.

3. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Plaintiff's failure to state a claim on which relief may be granted.

4. The clerk shall close the file.

**DONE AND ORDERED** this 24th day of July, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv600-LC-HTC